IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MATTHEW J. MARTINEZ,

    Plaintiff,

v.                               No. CIV 14-0074 MCA/KBM

RAMON C. RUSTIN, et al.

    Defendants.

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*. The record indicates that recent mailings to Plaintiff have been returned undelivered (Docs. 9-14). It appears that Plaintiff has changed his address without notifying the Court, as required by D.N.M.LR-Civ 83.6, and has therefore severed contact with the Court. Also, Plaintiff has not provided sufficient information for determining his IFP status. Plaintiff's conduct demonstrates a manifest lack of interest in litigating his claims. *See Martinez v. Internal Revenue Service*, 744 F.2d 71, 73 (10th Cir. 1984); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962). Because Plaintiff has failed to comply with the Court's local rules, *see Baker v. Suthers*, 9 F. App'x 947, 949 (10th Cir. 2001), and does not appear to be prosecuting his complaint, he will be required to cause why his complaint should not be dismissed. Failure to comply with this Order may result in dismissal without further notice.

IT IS THEREFORE ORDERED that, within fourteen (14) days from entry of this order, Plaintiff notify the Clerk in writing of his current address and file a properly completed application under 28 U.S.C. § 1915, or otherwise show cause why this action should not be dismissed.

                                                _____
                                                UNITED STATES CHIEF MAGISTRATE JUDGE